**Order entered October 4, 2018**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00939-CV

### MATTHEW LOVITT, M.D., Appellant

### V.

### RAYMOND L. COLQUITT, Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-03875-C**

## ORDER

Before the Court is appellant's October 2, 2018 unopposed motion to extend time to file brief. We **GRANT** the motion and **ORDER** the brief be filed no later than October 12, 2018. As this is an accelerated appeal, further extension requests will be disfavored.

/s/ DAVID EVANS
   JUSTICE